# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MONIQUE NAVES, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | |
| } | |
| HARRIS VENTURES, INC., d/b/a Staff } | Case No.: 2:17-cv-00971-MHH |
| Zone, } | |
| } | |
| Defendant. } | |

## ORDER

Plaintiff Monique Naves and Defendant Harris Ventures, Inc. d/b/a Staff Zone filed a Joint Stipulation of Dismissal. (Doc. 17).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** as to plaintiff's individual claims, with fees and costs taxed as paid, and **DISMISSED WITHOUT PREJUDICE** as to the yet to be certified putative class members' claims. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this April 3, 2018.

_/s/ Madeline H. Haikala_
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE